United States District Court for the Middle District of Florida, Tampa

Joe Hands Promotion, Inc
Plaintiff

Civil Action No: 8:23-cv-02311-VMC-VAM

Appeal Assign No: 24-10090-E

-v-

Ralph A. Williams, and Diane Williams individually, and as officers, directors, Shareholders, members and/or principles of Tastemakers Elite, LLC d/b/a Cabana Sands and Tastemakers Elite, LLC d/b/a Cabana Sands

Appellants Docket Compliance for Email Addresses

On January 5, 2024, Ralph A. Williams and Diane Williams, pro se filed Notice of Appeal that was assigned and entered on January 9, 2024.

The email address were inadvertently left out of the U.S. Court of Appeals for the Eleventh Circuit decision making process.

Our sincere apology according to your docket this serves as update for the purpose of Appeal.
The current email for Diane Williams is DianeW025@gmail.com
The current email for Ralph A. Williams is RalphWillpne@yahoo.com

Diane Williams,
1175 Pinellas Point Drive #110
St. Petersburg, Florida 33705
727-543-0477

Ralph A. Williams
6555 29th St S
St. Petersburg, FL 33712
723-385-6930

February 2, 2024

(1.)

U. S. Court of Appeals for the Eleventh Circuit

APPE/

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:23-cv-02311-VMC-NHA

Joe Hand Promotions, Inc. v. Williams et al
Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Natalie Hirt Adams
Demand: $200,000
Case in other court: USCA - 11th Circuit, 24-10090-E
Cause: 47:0605 Federal Communications Act

Date Filed: 10/11/2023
Jury Demand: None
Nature of Suit: 490 Cable/Satellite TV
Jurisdiction: Federal Question

**Plaintiff**

Joe Hand Promotions, Inc.      represented by  Brian T. Giles
Giles & Harper, LLC
7247 Beechmont Ave.
Cincinnati, OH 45230
513-379-2715
Email: bgiles@gilesharper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Ralph A. Williams      represented by   Ralph A. Williams
*Individually*                          6355 29th Street, South
St. Petersburg, Fl 33712
PRO SE

**Defendant**

Diane Williams      represented by   Diane Williams
*Individually*                        1175 Pinellas Point Drive, #110
St. Petersburg, Fl 33705
PRO SE

**Defendant**

Tastemakers Elite LLC
*doing business as*
Cabana Sands

**Defendant**

Ralph A. Williams
*as officers, directors, shareholders, members
and/or principals of Tastemakers Elite LLC
d/b/a Cabana Sands*

( 2 )

**Defendant**

| | | |
|---|---|---|
| 01/12/2024 | 21 | **ENDORSED ORDER:** The Clerk is directed to strike the unilateral Case Management Report. (Doc. # 16). The parties to a civil case must file a Case Management Report prepared jointly through a planning conference. See Local Rule 3.02(a) (requiring that parties in a civil case "conduct the planning conference required by the Federal Rules of Civil Procedure" and "file a case management report"). The Court understands why Plaintiff has had difficulty contacting Defendants, as Defendants have not provided telephone numbers or email addresses. To facilitate communication between the parties, Ralph and Diane Williams are directed to file email addresses at which they can be contacted on the docket by January 19, 2024. The Clerk is directed to mail this Order to Ralph A. Williams at 6355 29th Street, South, St. Petersburg, FL 33712, and to Diane Williams at 1175 Pinellas Point Drive, #110, St. Petersburg, FL 33705. Signed by Judge Virginia M. Hernandez Covington on 1/12/2024. (JAK) (Entered: 01/12/2024) |
| 01/12/2024 | 22 | **ENDORSED ORDER:** Local Rule 2.02(b)(2) provides that "[a] party, other than a natural person, can appear through the lawyer only." No counsel has appeared on behalf of Defendant Tastemakers Elite LLC. This defendant has not filed a responsive pleading by the deadline, nor has Plaintiff applied for Clerk's default within the provided timeframe. See Local Rule 1.10(b) ("Within twenty-eight days after a party's failure to plead or otherwise defend, a party entitled to a default must apply for the default."). Due to potential confusion over representation of this defendant, the Court provides Plaintiff until January 19, 2024, to apply for Clerk's default against Tastemakers Elite LLC. The Clerk is directed to mail this Order to Ralph A. Williams at 6355 29th Street, South, St. Petersburg, FL 33712, and to Diane Williams at 1175 Pinellas Point Drive, #110, St. Petersburg, FL 33705. Signed by Judge Virginia M. Hernandez Covington on 1/12/2024. (JAK) (Entered: 01/12/2024) |
| 01/15/2024 | 23 | MOTION for Clerk's Default against Tastemakers Elite LLC by Joe Hand Promotions, Inc.. (Giles, Brian) Motions referred to Magistrate Judge Natalie Hirt Adams. (Entered: 01/15/2024) |
| 01/22/2024 | 24 | **ORDER denying without prejudice 23 Motion for Clerk's Default against Tastemakers Elite, LLC. Signed by Magistrate Judge Natalie Hirt Adams on 1/22/2024. (CJF)** (Entered: 01/22/2024) |
| 01/29/2024 | 25 | OBJECTION re 24 Order on Motion for Clerk's Default. (Attachments: # 1 Mailing Envelope)(LNR) (Entered: 01/31/2024) |
| 01/31/2024 | 26 | RETURN of service executed on 10/18/2023 by Joe Hand Promotions, Inc. as to Tastemakers Elite LLC. (Giles, Brian) (Entered: 01/31/2024) |
| 02/01/2024 | 27 | **ENDORSED ORDER:** On January 12, 2024, the Court directed Defendants "Ralph and Diane Williams...to file email addresses at which they can be contacted on the docket by January 19, 2024." (Doc. # 21). This order was mailed to the addresses for Ralph and Diane Williams shortly after. However, to date, they have not filed email addresses on the docket. Therefore, Ralph Williams and Diane Williams are directed to show cause why the Court should not strike their answer (Doc. # 10) from the record for failing to comply with the Court's orders by February 12, 2024. To comply with this order, Defendants must both explain their lack of response to the previous order and provide the Court with their email addresses. If Defendants do not comply with this order, the Court will strike their answer. This action would allow Plaintiff to seek entry of Clerk's default against Defendants, and, if sufficient evidence supports Plaintiff's claims, would expose Defendants to liability for the claims asserted in this action. The Clerk is directed to mail this Order to Ralph A. Williams at 6355 29th Street, South, St. Petersburg, FL 33712, and to Diane Williams at 1175 Pinellas Point Drive, #110, St. Petersburg, FL 33705. Signed by Judge Virginia M. Hernandez Covington on 2/1/2024. (JAK) (Entered: 02/01/2024) |
| 02/01/2024 | 28 | **ENDORSED ORDER:** Defendants Ralph A. Williams and Diane Williams filed an objection to the Court's order denying Plaintiff's motion for entry of Clerk's default against Defendant Tastemakers Elite, LLC. (Doc. # 25). In the objection, Defendants state that the Court's denial of their motion to dismiss "ended the litigation on the merits and |